IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FARHAN IQBAL d/b/a<br>LN TECHNOLOGIES,<br>    Plaintiff,<br><br>v.<br><br>SULLO & SULLO, LLP,<br>BOBBITT LAW FIRM, P.C.,<br>GREGORY SULLO,<br>ANDREW FRANK SULLO, and<br>BARRY BOBBITT,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:14-cv-1421<br><br><br><br><br><br><br><br>JURY DEMANDED |

## AGREED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Farhan Iqbal d/b/a LN Technologies and Defendants, Sullo & Sullo, LLP, Bobbitt Law Firm, P.C., Gregory Sullo, Andrew Frank Sullo, and Barry Bobbitt (the "Parties") and jointly move this Court to dismiss all claims pending by every party against the other, and show the following in support thereof:

1. The Parties have resolved all disputes between and among themselves, and have entered a separate binding agreement between and among themselves.

2. All matters in contention being thus resolved, the parties jointly move to dismiss this matter, with prejudice, precluding each party hereto from bringing any claim against the other, that arises from or relates to the facts alleged in this lawsuit.

3. The Parties jointly request this matter be dismissed with prejudice, and all claims are nonsuited. Each party shall bear its own attorney's fees and costs.

WHEREFORE, PREMISES CONSIDERED, the Parties pray the above Motion be granted in all respects.

Respectfully submitted,

VETHAN LAW FIRM, PC

By: /s/charlesmrvethan
Charles M.R. Vethan
Attorney-in-Charge
Texas Bar No: 00791852
Southern District Bar No: 19566
Joseph F. Colvin, Jr.
Texas Bar No: 24072777
Southern District Bar No: 1512984
3501 Allen Parkway
Houston, Texas 77019
Telephone: (713) 526-2222
Facsimile: (713) 526-2230
edocs@vwtexlaw.com
Attorney for Plaintiff Farhan Iqbal d/b/a LN Technologies

BOBBITT LAW FIRM, P.C.

By: /s/ Barry Bobbitt
Barry Bobbitt
Texas Bar No.: 24006859
6060 North Central Expressway,
Suite 662
Dallas, Texas 75206
Attorney for Defendants Barry Bobbitt and Bobbitt Law Firm P.C.

JACKSON WALKER L.L.P.

By: /s/ John Edwards
John Edwards
Texas Bar No. 24002040
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4319
Facsimile: (713) 308-4117
jedwards@jw.com
Attorney for Defendants Andrew Sullo, Greg Sullo, and Sullo & Sullo, LLP

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served on every party, *pro se* and those represented by counsel of record on the 10th day of November 2014, via **FIRST CLASS MAIL**:

Barry Bobbitt
Bobbitt Law Firm, P.C.
6060 North Central Expressway, Suite 662
Dallas, Texas 75206

Gregory Sullo
Andrew Sullo
Sullo & Sullo, LLP
c/o John Edwards
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010

                                           /s/ Charles M.R. Vethan
                                              Charles M.R. Vethan