IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FARHAN IQBAL d/b/a LN TECHNOLOGIES,<br>Plaintiff,<br><br>v.<br><br>SULLO & SULLO, LLP,<br>BOBBITT LAW FIRM, P.C.,<br>GREGORY SULLO,<br>ANDREW FRANK SULLO, and<br>BARRY BOBBITT,<br>Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 4:14-cv-1421<br><br><br><br><br><br>JURY DEMANDED |

## ORDER GRANTING DISMISSAL

On this day, the Court heard and considered the Agreed Motion to Dismiss, and finds that such Motion should be granted.

IT IS THEREFORE ORDERED that this matter is hereby dismissed with prejudice as to all claims and causes of action that have been raised or could have been raised by and between the parties. Each party shall bear its own attorney's fees and costs.

Signed on November 10, 2014.

_____
JUDGE PRESIDING